# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-20098 Ma/P |
| | ) | |
| DEWAYNE GHOSTON and GREGORY BRATCHER, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDMENT TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO SUPPRESS EVIDENCE

On February 27, 2012, the undersigned Magistrate Judge submitted a report and recommendation on the defendants' Motions to Suppress Evidence, in which the court recommended that both motions be denied. (ECF No. 65.) The court hereby amends page 17 of the report and recommendation, by adding the following sentence after the citation to United States v. Allen, No. 4:08-cr-04, 2009 WL 3297286, at *4 (E.D. Tenn. Oct. 13, 2009), and before the sentence beginning with "Finally":

In addition to having probable cause to search the trunk, Agent James simultaneously had reasonable suspicion - based on Ghoston's statement that there was a shotgun in the trunk and Trooper Fuller's statement that the men might have felonies - to prolong the detention of the defendants in order to investigate

whether the men were felons in possession of a firearm.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

March 7, 2012
Date